**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-1439**

_____

SHEILA JACKSON,

        Plaintiff - Appellant,

     v.

GARDA CL EAST, INC.,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:19-cv-00007-GCM)

_____

Submitted: July 18, 2019                      Decided: July 22, 2019

_____

Before WILKINSON, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Sheila Jackson, Appellant Pro Se. Taylor Tyson Haywood, AKERMAN, LLP, Denver, Colorado, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sheila Jackson appeals the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing Jackson's civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jackson v. Garda CL East, Inc.*, No. 3:19-cv-00007-GCM (W.D.N.C. Apr. 9, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*